FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYAN PAUL HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF BENTON, NAPHCARE, INC, and EASTERN STATE HOSPITAL,<br><br>    Defendants. | No. 2:23-CV-00223-SAB<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

    Before the Court is Plaintiff Bryan Paul Hernandez's *pro se* Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). ECF No. 9. Plaintiff is a civilly committed individual at the Eastern State Hospital. Defendants have not been served in this action.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.    Plaintiff's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a), **ECF No. 9**, is **GRANTED**.

    2.    Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

//

//

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1**

1        3.      The Clerk of Court is directed to **CLOSE** the file.

2       **IT IS SO ORDERED**.  The Clerk of Court is directed to enter this Order,
3 enter judgment of dismissal without prejudice, provide a copy to Plaintiff.  The
4 Court certifies any appeal of this dismissal would not be taken in good faith.

5       **DATED** this 12th day of October 2023.



                Stanley A. Bastian
           Chief United States District Judge

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2**